OPINION — AG — ** CHARTER CITIES — EMERGENCY CLAUSE ENACTMENT ** ARTICLE V, SECTION 58 OF THE OKLAHOMA CONSTITUTION DOES NOT APPLY TO CHARTER CITY. 34 O.S. 1971 53 [34-53] DOES NOT APPLY TO A CHARTER CITY. A CONTRACT ENTERED INTO BY ONE COUNCIL, ABSENT ANY SPECIAL CONSIDERATIONS, IS BINDING UPON A SUBSEQUENT CITY COUNCIL. CITE: 34 O.S. 1971 51 [34-51], 11 O.S. 1971 568 [11-568] (DONALD B. NEVARD)